IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCEL INNOVATIONS, INC., | No. C-03-3125 MMC |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| v. | |
| INDIVOS CORPORATION, et al., | (Docket No. 309) |
| Defendants. | |

In light of the changed circumstances identified by plaintiff, plaintiff's motion for leave to file a motion for reconsideration of the Court's September 28, 2005 order denying plaintiff's motion for Rule 54(b) certification is hereby GRANTED.  Plaintiff shall notice its motion for reconsideration for a hearing date not less than 35 days after such motion for reconsideration is filed and served on defendants.

**IT IS SO ORDERED.**

Dated: May 23, 2006

MAXINE M. CHESNEY
United States District Judge