United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EXCEL INNOVATIONS, INC.,

       Plaintiff,

  v.

INDIVOS CORPORATION, et al.,

       Defendants.

_____/

No. C-03-3125 MMC

**ORDER DENYING DEFENDANTS'
OBJECTIONS AND REQUEST FOR
STATUS CONFERENCE**

(Docket No. 309)

      Before the Court is defendants' Objection to Plaintiff's Motion for Leave to File
Motion for Reconsideration ("Objection"), filed May 23, 2006.  The Local Rules of this
District do not provide for the filing of objections to a motion for leave to file a motion for
reconsideration "[u]nless otherwise ordered by the assigned Judge."  See Civil L.R. 7-9(d).
No such order was issued and, in any event, prior to the Court's receipt of the Objection,
the Court filed an order granting the requested leave.[1]

      Included in the Objection is a request for a status conference for the purpose of
setting a briefing schedule and hearing on defendants' motion for terminating sanctions, in
light of a recent ruling by the Ninth Circuit Bankruptcy Appellate Panel ("BAP") holding said
motion "is not subject to the automatic stay."  (See Defendants' Objection to Plaintiff's

---

[1] Defendants may, of course, set forth their objections to reconsideration in
defendants' opposition to plaintiff's motion for reconsideration.

1  Motion for Leave to File Motion For Reconsideration; Request for Status Conference,

2  Attachment C at 7.)  Once the BAP's order becomes final, however, <u>see</u> Fed. R. App. Proc.

3  4(a), 6(b)(1), defendants may renotice their motion without obtaining specific leave from

4  this Court.

5        Accordingly, defendants' Objection is denied without prejudice and their request for

6  a status conference is DENIED as moot.

7        **IT IS SO ORDERED.**

8  
Dated: May 24, 2006                    MAXINE M. CHESNEY

9                                  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28