IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCEL INNOVATIONS, INC., | No. C-03-3125 MMC |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION; VACATING HEARING** |
| v. | |
| INDIVOS CORPORATION, et al., | (Docket No. 315) |
| Defendants. | |
| _____ / | |

Before the Court is plaintiff's motion, filed June 2, 2006, for reconsideration of the Court's September 28, 2005 order denying plaintiff's motion for entry of judgment, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, on the issue of patent ownership. Defendants have filed opposition to the motion; plaintiff has filed a reply.  Having considered the papers filed in support of and in opposition to the motion, the Court finds the matter appropriate for resolution without oral argument, see Civil L.R. 7-1(b), and hereby VACATES the July 7, 2006 hearing.

Although plaintiff has identified certain changed circumstances since the issuance of the Court's September 28, 2005 order – specifically, the Ninth Circuit Bankruptcy Appellate Panel's decisions of December 24, 2005 and May 2, 2006, and the winding down of the bankruptcy proceedings of Aviv LLC ("Aviv") –  the Court is not persuaded that entry of judgment under Rule 54(b) is appropriate.  Although the trustee's final report in the Aviv bankruptcy proceedings has been approved, (see Hansen Decl. Ex. 2.), the Aviv bankruptcy proceedings have not yet been closed and, consequently, it is not clear that

judgment of patent ownership may be entered with respect to all parties to the instant litigation.  In addition, defendants' motion for terminating sanctions against plaintiff has not yet been decided,[1] and plaintiff has asserted various causes of action that may remain to be resolved if the motion for sanctions is denied.  The Court is not convinced that "the nature of the claims already determined [is] such that no appellate court would have to decide the same issues more than once."  See Curtiss-Wright Corp. v. General Electric Co., 446 U.S. 1, 8 (1980).

Accordingly, plaintiff's motion for reconsideration is hereby DENIED.

**IT IS SO ORDERED.**

Dated: June 26, 2006

MAXINE M. CHESNEY
United States District Judge

---

[1] Defendants state they intend to refile their motion for sanctions shortly.