| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
| | ALFRED C. PFEIFFER, JR. (SBN 120965) |
| 2 | RANDY MICHELSON (SBN 114095) |
| | KRISTEN A. PALUMBO (SBN 215857) |
| 3 | Three Embarcadero Center |
| | San Francisco, CA  94111-4067 |
| 4 | Telephone:  415.393.2000 |
| | Facsimile:  415.393.2286 |
| 5 | |
| | Attorneys for INDIVOS CORPORATION and |
| 6 | SOLIDUS NETWORKS, INC. |

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 11 | EXCEL INNOVATIONS, INC., | No. C 03-03125 (MMC) |
| 12 | Plaintiff, | **[PROPOSED] ORDER DIRECTING CLERK OF COURT TO FILE EXHIBIT 3 TO DECLARATION OF KRISTEN A. PALUMBO IN SUPPORT OF DEFENDANTS' MOTION FOR SANCTIONS AGAINST EXCEL INNOVATIONS, INC. AND NED HOFFMAN UNDER SEAL** |
| 13 | v. | |
| 14 | INDIVOS CORPORATION, SOLIDUS NETWORKS, INC., and DOES 1 TO 100, inclusive, | |
| 15 | | |
| 16 | Defendants. | |
| 17 | | |
| 18 | | |
| 19 | INDIVOS CORPORATION and SOLIDUS NETWORKS, INC., | |
| 20 | Counterclaimants/ Counterdefendants, | |
| 21 | | |
| 22 | v. | |
| 23 | EXCEL INNOVATIONS, INC., NED HOFFMAN, and AVIV LLC, | |
| 24 | | |
| 25 | Counterdefendants/ Counterclaimants. | |
| 26 | | |

1   IT IS HEREBY ORDERED THAT the Clerk of the Court file Exhibit 3 to the
2   Declaration of Kristen A. Palumbo In Support of Defendants' Motion for Sanctions Against
3   Excel Innovations, Inc. and Ned Hoffman ("Palumbo Declaration") under seal pursuant to the
4   Stipulated Protective Order entered by this Court on February 25, 2004.  This exhibit is a copy of
5   minutes of a March 2003 meeting of the Board of Directors of plaintiff and counterdefendant
6   Excel Innovations, Inc. ("Excel") and has been designated by Excel as confidential pursuant to
7   the Stipulated Protective Order.
8   IT IS SO ORDERED.
9   Dated:____7/31/6_____

_____
Joseph C. Spero
United States Magistrate Judge