```
Thomas F. Smegal, Jr. (State Bar No. 34,819)
Email: tomsmegal@smegallaw.com
LAW OFFICES OF THOMAS F. SMEGAL, JR.
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone (415) 954-4114
Facsimile (415) 954-4111

Irfan A. Lateef (State Bar No. 204,004)
Email: ilateef@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502
```

Attorneys for Plaintiff EXCEL INNOVATIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EXCEL INNOVATIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INDIVOS CORPORATION, SOLIDUS NETWORKS, INC., AND DOES 1 TO 100, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-03-3125 MMC (JCS)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO CHANGE TIME**<br><br>Hearing Date: None Assigned<br>Time: None Assigned<br>Ctrm: A, 15th Floor<br><br>Hon. Joseph C. Spero |

PROPOSED] ORDER GRANTING
MOTION TO CHANGE TO CHANGE TIME

Case No. C 03-03125 (MMC)(JCS)

This Court, having reviewed Plaintiff EXCEL INNOVATIONS, INC.'s ("Excel's") Motion to Change Time to respond to Defendants' Motion for Sanctions pursuant to Civil L.R. 6-3, the papers submitted therewith, and GOOD CAUSE APPEARING THEREFORE, Excel's Motion To Change Time is GRANTED.

IT IS HEREBY ORDERED THAT:

1) On or before September ~~29~~ 15, 2006, Excel shall file its Opposition to Defendants' Motion for Sanctions;

2) On or before ~~October 6~~ September 22, 2006, Defendants shall file their Reply in support of Defendants' Motion for Sanctions; and

3) The hearing of this matter will be scheduled on October 20, 2006 at 9:30 AM or as soon thereafter as the Court can conveniently hear the matter.

IT IS SO ORDERED.

Dated: August 8, 2006        By: _____
                             Joseph C. Spero
                             United States Magistrate Judge
                             Northern District of California

Respectfully submitted,

Dated: 7 August 2006   By: _____
                       Irfan A. Lateef
                       KNOBBE, MARTENS, OLSON & BEAR, LLP

-and-

Thomas F. Smegal, Jr.
LAW OFFICES OF THOMAS F. SMEGAL, JR.

Attorneys for Plaintiff
EXCEL INNOVATIONS, INC.

2807786
080306

[~~PROPOSED~~] ORDER GRANTING         -1-         Case No. C 03-03125 (MMC)(JCS)
MOTION TO CHANGE TO CHANGE TIME