1  DAVID M. TICHANE (SBN 84966)
   Attorney At Law
2  979 Pinto Palm Terrace, Suite 234
   Sunnyvale, California 94087
3  Telephone: (408) 737-1225
   Facsimile: (408) 530-0144
4  E-Mail: tichane@hotmail.com

5  Attorney for Ned Hoffman and Aviv, LLC, Counterdefendants

6

7

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12  EXCEL INNOVATIONS, INC.,            ) Case No: C-03-3125 MMC
                                        )
13          Plaintiff,                  ) ASSIGNED FOR ALL PURPOSES TO:
                                        ) The Honorable Maxine M. Chesney
14      vs.                             )
                                        ) (PROPOSED) ORDER EXTENDING TIME
15  INDIVOS CORPORATION, ET AL.,        ) FOR COUNTERDEFENDANT NED
                                        ) HOFFMAN TO FILE AND SERVE
16          Defendant.                  ) RESPONSE TO MOTION FOR SANCTIONS
                                        )
17                                      ) Date: October 20, 2006
                                        ) Time: 9:30 a.m.
18                                      ) Dept: Courtroom A, 15th Floor
                                        ) Hon. Joseph C. Spero
19  _____)

20

21      Upon the ex parte application of Ned Hoffman and in view of the order of August 8, 2006

22  regarding Excel Innovations,

23      IT IS ORDERED that

24      1) on or before September 15, 2006, counterdefendant Ned Hoffman shall file and serve his

25  response to the motion for sanctions filed by defendants and counterclaimants Indivos Corporation and

26  Solidus Networks, Inc. (Indivos/Solidus);

27

28  205383_1.DOC

(PROPOSED) ORDER EXTENDING TIME FOR COUNTERDEFENDANT NED HOFFMAN TO FILE AND SERVE
RESPONSE TO MOTION FOR SANCTIONS

1        2) on or before September 22, 2006, Indivos/Solidus shall file and serve their reply in support of

2    their motion for sanctions; and

3        3) the hearing of this matter will be scheduled on October 20, 2006 at 9:30 a.m.

4

5    Dated: August 10, 2006



United S___
Joseph C___
Judge Joseph C. Spero

205383_1.DOC