| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
| | ALFRED C. PFEIFFER, JR. (SBN 120965) |
| 2 | RANDY MICHELSON (SBN 114095) |
| | KRISTEN A. PALUMBO (SBN 215857) |
| 3 | Three Embarcadero Center |
| | San Francisco, CA  94111-4067 |
| 4 | Telephone:  415.393.2000 |
| | Facsimile:  415.393.2286 |
| 5 | |
| | Attorneys for INDIVOS CORPORATION and |
| 6 | SOLIDUS NETWORKS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 11 | EXCEL INNOVATIONS, INC., | No. C 03-03125 (MMC) |
| 12 | Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO CHANGE DATE TO FILE REPLY AND TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SANCTIONS AGAINST EXCEL INNOVATIONS, INC. AND NED HOFFMAN |
| 13 | v. | |
| 14 | INDIVOS CORPORATION, SOLIDUS NETWORKS, INC., and DOES 1 TO 100, inclusive, | |
| 15 | | |
| 16 | Defendants. | |
| 17 | | |
| 18 | INDIVOS CORPORATION and SOLIDUS NETWORKS, INC., | |
| 19 | | |
| 20 | Counterclaimants/ Counterdefendants, | |
| 21 | | |
| 22 | v. | |
| 23 | EXCEL INNOVATIONS, INC., NED HOFFMAN, and AVIV LLC, | |
| 24 | Counterdefendants/ Counterclaimants. | |
| 25 | | |
| 26 | | |

1   Case No. C 03-03125 (MMC)

[PROPOSED] ORDER CHANGING DEFENDANTS' DEADLINE TO FILE REPLY AND CONTINUING
HEARING ON SANCTIONS MOTION

SF/21682135.1

1   The Court, having reviewed Defendants' Request to Change Date to File Reply
2   and to Continue Hearing on Defendants' Motion for Sanctions Against Excel Innovations, Inc.
3   and Ned Hoffman ("Defendants' Request") and the papers submitted therewith, and good cause
4   appearing therefor, hereby ORDERS as follows:
5       1.   Defendants' Request IS GRANTED.
6       2.   On or before September 15, 2006, Excel Innovations, Inc. and Ned
7   Hoffman shall file their oppositions to Defendants' Motion for Sanctions Against Excel
8   Innovations, Inc. and Ned Hoffman ("Sanctions Motion");
9       3.   On or before September 29, 2006, Defendants shall file their reply in
10  support of the Sanctions Motion;
11      4.   The hearing on the Sanctions Motion is continued from October 20, 2006
12  to October 27, 2006 at 9:30 a.m. or as soon thereafter as the Court can conveniently hear the
13  matter.
14      IT IS SO ORDERED.
15
16  Dated: _____8/24/6_____

Hon. _____
United States Magistrate Judge
Judge Joseph C. Spero

2                                           Case No. C 03-03125 (MMC)
[PROPOSED] ORDER CHANGING DEFENDANTS' DEADLINE TO FILE REPLY AND CONTINUING
HEARING ON SANCTIONS MOTION

SF/21682135.1