**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCEL INNOVATIONS, INC., | No. C-03-3125 MMC |
| Plaintiff, | **ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW; VACATING HEARING** |
| v. | |
| INDIVOS CORPORATION, et al., | (Docket No. 341) |
| Defendants. | |
| _____ / | |

Before the Court is David M. Tichane's ("Tichane") motion, filed August 9, 2006, to withdraw as counsel for counterdefendants Ned Hoffman ("Hoffman") and Aviv, LLC ("Aviv"), due to medical disability.  Hoffman has consented to the withdrawal, and no party has opposed the motion to date.  Having considered the papers filed in support of the motion, the Court finds the matter appropriate for resolution without oral argument, see Civil L.R. 7-1(b), and hereby VACATES the September 22, 2006 hearing.

For good cause shown, Tichane's motion to withdraw is GRANTED.  Unless and until Hoffman and Aviv appear by other counsel, papers may continue to be served on Tichane, who has agreed to promptly forward them.[1]

**IT IS SO ORDERED.**

Dated: September 6, 2006

MAXINE M. CHESNEY
United States District Judge

_____

[1] Tichane states that Aviv "filed a chapter 7 bankruptcy, has no assets and is no longer an operating entity and therefore will no longer require the assistance of counsel in this action." (See Motion at 2.)  Aviv is hereby advised that business entities may not appear in a federal action without counsel; should Aviv wish to appear in this action in the future, it must obtain counsel of record. See Rowland v. California Men's Colony, 506 U.S. 194, 202 (1993).