Thomas F. Smegal, Jr. (State Bar No. 34,819)
Email: tomsmegal@smegallaw.com
**LAW OFFICES OF THOMAS F. SMEGAL, JR.**
One Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone (415) 954-4114
Facsimile (415) 954-4111

Irfan A. Lateef (State Bar No. 204,004)
Email: ilateef@kmob.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff EXCEL INNOVATIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EXCEL INNOVATIONS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INDIVOS CORPORATION, SOLIDUS NETWORKS, INC., AND DOES 1 TO 100, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-03-3125 MMC (JCS)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF EXCEL INNOVATIONS, INC.'S MOTION TO DISMISS VARIOUS CLAIMS**<br><br>Hearing Date: October 20, 2006<br>Time: 9 a.m.<br>Ctrm: 7, 19th Floor<br><br>Hon. Maxine M. Chesney |

This Court, having reviewed Plaintiff Excel Innovations, Inc.'s unopposed ("Excel's") Motion to Dismiss Various Claims pursuant to Fed. R. Civ. P. 41, the papers submitted therewith, and GOOD CAUSE APPEARING THEREFORE, Excel's Motion to Dismiss Various Claims is GRANTED.

IT IS HEREBY ORDERED THAT the following claims are dismissed with prejudice:

(1) Claim No. 16 of Excel's First Amended Complaint dated August 15, 2003 for Breach of Contract;

(2) Claim No. 1 of Excel's Reply dated December 1, 2003 ("Reply") for Declaratory Relief on U.S. Patent Nos. 5,737,439; 6,594,376; 6,591,002; 5,982,914; 6,131,464; 6,411,728; D425,873; Australian Patent No. 750174; and Mexican Patent No. 205149;

(3) Claim No. 2 of Excel's Reply for Breach of Contract (Failure of Consideration);

(4) Claim No. 3 of Excel's Reply for Breach of Contract (Frustration of Purpose);

(5) Claim No. 4 of Excel's Reply for Breach of Contract (Breach of Fiduciary Duty); and

(6) Claim No. 5 of Excel's Reply for Fraud.

This dismissal is without prejudice to Excel's pursuit of its appeal of non-dismissed claims, pursuit of any claims remanded by the appellate court, and defense of any of defendants' counterclaims.

IT IS SO ORDERED.

Dated: October 16, 2006        By: _____
                                    Maxine M. Chesney
                                    United States District Court Judge

2907070
090706