JONATHAN H. BORNSTEIN
BORNSTEIN & BORNSTEIN
2590 Geary Boulevard
San Francisco, CA  94115-3318
Telephone:  (415) 409-7611
Facsimile:   (415) 409-9345
E-mail:  Jonathan@bornsteinandbornstein.com

Attorneys for Plaintiffs
EXCEL INNOVATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN CALIFORNIA DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCEL INNOVATIONS, INC,<br><br>   Plaintiff,<br><br> vs.<br><br>INDIVOS CORPORATION, SOLIDUS NETWORKS, INC., and DOES 1 TO 100, inclusive,<br><br>   Defendants.<br>_____<br>INDIVOS CORPORATION and SOLIDUS NETWORKS, INC.,<br><br>   Counterclaimants/<br>   Counterdefendants,<br><br> vs.<br><br>EXCEL INNOVATIONS, INC., NED HOFFMAN, and AVIV LLC,<br><br>   Counterdefendants/<br>   Counterclaimants.<br>_____ | Case No: C 03-03125 (MMC)<br><br>**APPLICATION AND ~~PROPOSED~~ ORDER PERMITTING PLAINTIFF TO FILE SUR-REPLY PAPERS**<br><br>Date: October 27, 2006<br>Time: 9:30 a.m.<br>Dept: Courtroom A, 15th Floor |

Aplication and Order re Sur-Reply.DOC
APPLICATION AND ~~PROPOSED~~ ORDER PERMITTING PLAINTIFF TO FILE SUR-REPLY PAPERS

1    Pursuant to Civil L. R. 7-3(d), plaintiff Excel Innovations, Inc. ("Excel") applies for
2 permission to file a sur-reply memorandum and supporting papers in connection with defendants'
3 motion for terminating sanctions. In their reply papers, defendants have gone far beyond replying to
4 Excel's opposition to the motion, but have introduced numerous new factual and legal issues. In
5 addition, they have exceeded the page limit for reply briefs by attaching an appendix which contained
6 extensive additional argument. The Ninth Circuit has repeatedly cautioned that because dismissal is
7 such a harsh sanction, it should be imposed only in extreme circumstances. *E.g.*, *Bautista v. Los*
8 *Angeles County*, 216 F. 3rd 837, 841 (9th Cir. 2000); *Oliva v. Sullivan*, 958 F. 2nd 272, 273 (9th Cir.
9 1992); *Wyle v. R.J. Reynolds Industries, Inc.*, 709 F. 2nd 585, 589 (9th Cir. ____). Therefore, the court
10 should proceed very cautiously on such a motion and allow the party threatened with dismissal every
11 opportunity to defend against such a motion.

12    WHEREFORE, Excel requests that the court permit it to file a sur-reply memorandum
13 not to exceed 15 pages, and appropriate supporting evidentiary material.

14 Dated: October 13, 2006                                       Bornstein & Bornstein

16                                                              By_____
                                                                Attorneys for Plaintiff, Excel Innovations, Inc.

18 IT IS SO ORDERED.
19 Dated:  October 18, 2006

21 _____
22 United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, Judge Joseph C. Spero]

Aplication and Order re Sur-Reply.DOC              -1-
APPLICATION AND ~~PROPOSED~~ ORDER PERMITTING PLAINTIFF TO FILE SUR-REPLY PAPERS