IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCEL INNOVATIONS, INC., | No. C-03-3125 MMC |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| v. | |
| INDIVOS CORPORATION, et al., | (Docket No. 391) |
| Defendants. | |

Before the Court is plaintiff's motion for leave to file a motion for reconsideration of the Court's June 26, 2006 order denying plaintiff's motion for Rule 54(b) certification, as well as defendants' opposition thereto. One of the grounds on which the Court has continued to deny plaintiff's Rule 54(b) motion is the pendency of defendants' motion for terminating sanctions, which motion is scheduled to be heard October 27, 2006 before Magistrate Judge Joseph C. Spero. As said motion has not yet been resolved, plaintiff's motion for leave to file a motion for reconsideration is hereby DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: October 26, 2006

MAXINE M. CHESNEY
United States District Judge