United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EXCEL INNOVATIONS, INC.,            No. C-03-3125 MMC (JCS)

      Plaintiff,

   v.                                        **ORDER TO FILE UNDER SEAL COURT'S NOVEMBER 21, 2006 ORDER**

INDIVOS CORPORATION, ET AL.,

      Defendant(s).
_____/

      The Court hereby ORDERS that the following order is under seal:  Report and Recommendation re Motion for Sanctions Against Excel Innovations, Inc. and Ned Hoffman [Docket No. 323].  The Court intends to publish the entire opinion in the public record within fourteen (14) days of the date of this Order.  If any party believes that the Court's opinion contains any confidential information entitled to protection, that party shall file with the Court a declaration establishing such entitlement and any proposed redactions not later than ten (10) days from the date of this Order.

      IT IS SO ORDERED.

Dated: November 21, 2006

                                                        /s/ Joseph C. Spero
                                                        JOSEPH C. SPERO
                                                        United States Magistrate Judge