IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCEL INNOVATIONS, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>INDIVOS CORPORATION, et al.,<br><br>      Defendants.<br>_____/ | No. C-03-3125 MMC<br><br>**ORDER DENYING EX PARTE APPLICATION FOR ORDER EXTENDING TIME THAT REPORT AND RECOMMENDATION RE: MOTION FOR SANCTIONS SHALL REMAIN SEALED**<br><br>(Docket No. 403) |

Before the Court is plaintiffs' Ex Parte Application for Order Extending Time That Report and Recommendation Re: Motion for Sanctions Shall Remain Sealed, filed December 1, 2006. Contrary to plaintiffs' argument, the Court does not read Magistrate Judge Spero's November 21, 2006 temporary sealing order as addressing the potential for embarrassment to plaintiffs. Rather, pursuant to said order, the parties are provided an opportunity to "propose[ ] redactions" of "any confidential information entitled to protection." (See Order to File Under Seal Court's November 21, 2006 Order, filed November 21, 2006 at 1); see also Civil L.R. 79-5 ("A sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law"). As plaintiffs have not established that any portion of the November 21, 2006 report and recommendation contains confidential information, plaintiffs have failed to set forth good cause for an extension of Magistrate Judge Spero's sealing order.

/ /

Accordingly, plaintiffs' ex parte application for an order requiring that the report and recommendation remain sealed is hereby DENIED.

**IT IS SO ORDERED.**

Dated: December 5, 2006

MAXINE M. CHESNEY
United States District Judge