```
 1  BINGHAM McCUTCHEN LLP
    ALFRED C. PFEIFFER, JR. (SBN 120965)
 2  RANDY MICHELSON (SBN 114095)
    KRISTEN A. PALUMBO (SBN 215857)
 3  BREE HANN (SBN 215695)
    RACHEL H. SOMMOVILLA (SBN 231529)
 4  Three Embarcadero Center
    San Francisco, California  94111-4067
 5  Telephone:  (415) 393-2000
    Facsimile:  (415) 393-2286
 6
    Attorneys for Defendants
 7  INDIVOS CORPORATION and
    SOLIDUS NETWORKS, INC.
 8
    BORNSTEIN & BORNSTEIN
 9  JONATHAN H. BORNSTEIN
    507 Polk Street, Suite 320
10  San Francisco, California 94102
    Telephone:  (415) 409-7611
11  Facsimile:  (415) 409-9345

12  Attorneys for Plaintiff
    EXCEL INNOVATIONS, INC.
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| EXCEL INNOVATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INDIVOS CORPORATION, SOLIDUS NETWORKS, INC., and DOES 1 TO 100, inclusive, <br><br> Defendants. <br><br> INDIVOS CORPORATION and SOLIDUS NETWORKS, INC., <br><br> Counterclaimants/ Counterdefendants, <br><br> v. <br><br> EXCEL INNOVATIONS, INC., NED HOFFMAN, and AVIV LLC, <br><br> Counterdefendants/ Counterclaimants. | CASE NO.  C-03-3125 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER RESETTING SCHEDULE RE PLAINTIFF'S MOTION FOR *DE NOVO* DETERMINATION RE OBJECTIONS TO REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

STIPULATION AND [PROPOSED] ORDER RESETTING SCHEDULE

Plaintiff Excel Innovations, Inc. and Defendants Indivos Corporation and Solidus Networks, Inc. (collectively "Defendants") submit the following stipulation and proposed order resetting the schedule on Plaintiff's Motion for *De Novo* Determination of Objections to Report and Recommendation of Magistrate Judge (the "Motion"), filed on December 6, 2006 and currently set to be heard on January 12, 2007, at 9:00 a.m.

The parties stipulate as follows:

1. The hearing date for the Motion will be reset to January 19, 2007 at 9:00 a.m.;
2. Defendants' opposition to the Motion will accordingly be due December 29, 2006; and
3. Plaintiff's reply to the Motion will accordingly be due January 5, 2007.

SO STIPULATED:

DATED: December 8, 2006

Bornstein & Bornstein

/s/
Jonathan H. Bornstein
Attorneys for Plaintiff

DATED: December 8, 2006          Bingham McCutchen LLP

/s/
Alfred C. Pfeiffer, Jr.
Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

DATED: December 8, 2006

Maxine M. Chesney
UNITED STATES DISTRICT JUDGE