UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EXCEL INNOVATIONS, INC.,

    Plaintiff,

v.

INDIVOS CORPORATION, ET AL.,

    Defendant(s).

No. C-03-3125 MMC (JCS)

**ORDER TO UNSEAL COURT'S NOVEMBER 21, 2006 REPORT AND RECOMMENDATION**

On November 21, 2006, the Court ordered that its Report and Recommendation (Docket Number 402) be filed under seal. The parties were given ten (10) days to file with the Court requests for redaction of confidential material in the Report and Recommendation and notified that if no proposed redactions were received, the Court would unseal the document. On December 1, 2006, Excel brought an ex parte application before Judge Chesney requesting that the Report and Recommendation be kept under seal until its objections to the Report and Recommendation were resolved. Judge Chesney denied the application in an order dated December 5, 2006. Because the ten day period has passed and the Court has received no proposed redactions, and because Judge Chesney denied Excel's request to keep the document under seal until its objections to the Report and Recommendation were resolved, the Court HEREBY ORDERS that Docket No. 402 be UNSEALED.

IT IS SO ORDERED.

Dated: December 11, 2006

JOSEPH C. SPERO
United States Magistrate Judge