**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

    An Administrative Motion to Consider Whether Cases Are Related has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case is not related, within the meaning of Civil L.R. 3-12, to the case assigned to me.

**C-03-3125 MMC**     **Excel Innovations, Inc. v. Indivos Corporation et al.**

**C-06-7099 RMW**     **Indivos Corporation et al. v. Excel Innovations, Inc.**


Dated: December 19, 2006

_____
District Judge Maxine M. Chesney