1  NED HOFFMAN
   708 Gravenstein Highway North, #309
2  Sebastopol, California 95472
   Telephone: (510) 390-0670
3  Facsimile: (925) 666-2961
   E-mail: ned_hoffman@yahoo.com
4
   Counterdefendant In pro per
5

6

7

8

9                        UNITED STATES DISTRICT COURT

10                   NORTHERN CALIFORNIA DISTRICT OF CALIFORNIA

11

12  EXCEL INNOVATIONS, INC,            )   Case No: C 03-03125 (MMC)
                                       )
13          Plaintiff,                 )
                                       )   **JOINDER IN MOTION FOR SUMMARY**
14      vs.                            )   **JUDGMENT FILED BY EXCEL**
                                       )   **INNOVATIONS, INC.**
15  INDIVOS CORPORATION, SOLIDUS       )
    NETWORKS, INC., and DOES 1 TO 100, )   Date: February 22, 2008
16  inclusive,                         )   Time: 9:00 a.m.
                                       )   Dept: Courtroom 7, 19th Floor
17          Defendants.                )
                                       )
18  _____)
                                       )
    INDIVOS CORPORATION and SOLIDUS    )
19  NETWORKS, INC.,                    )
                                       )
20          Counterclaimants/          )
            Counterdefendants,         )
21                                     )
        vs.                            )
22                                     )
    EXCEL INNOVATIONS, INC., NED       )
23  HOFFMAN, and AVIV LLC,             )
                                       )
24          Counterdefendants/         )
            Counterclaimants.          )
25  _____)

26

27

28

**JOINDER IN MOTION FOR SUMMARY JUDGMENT
FILED BY EXCEL INNOVATIONS, INC.**

Counterdefendant Ned Hoffman joins in the motion for summary judgment filed by Excel Innovations, Inc. ("Excel Motion"), a copy of which is attached hereto and incorporated by reference, and adds the following factual statements based on the declaration served and filed herewith:

1. I, in my personal capacity, have not: a) produced, imported, used, sold, or offered for sale a product incorporating the patents which are the subject of this action ("Disputed Patents"); b) induced any person or entity to make, use or sell a product incorporating the Disputed Patents, nor: c) claimed ownership of the Disputed Patents.

2. Counterdefendant Aviv, LLC ("Aviv") does not exist. Aviv: a) was a defunct limited liability company of which I was manager, and; b) was dissolved (see true and correct copies of Aviv cancellation documents attached to Hoffman Declaration as Exhibit 1) upon the closing of its bankruptcy (see Doc. 392, filed herein on 10/20/06).

**CONCLUSION**

For the reasons stated above:

a) Since Counterclaimants do not allege that I claimed ownership of the Disputed Patents, and since I have not, in my personal capacity, claimed ownership of the Disputed Patents, the Eighteenth Claim for Relief does not apply to me, as the underlying basis for such a counterclaim would be the making of a misleading claim of ownership to the Disputed Patents, and;

b) For the reasons stated above and in the Excel Motion, the Court should grant summary judgment in favor of myself and against Counterclaimants, dismissing with prejudice the Second through Sixteenth Claims for Relief for patent infringement and the Eighteenth Claim for Relief for violation of the Lanham Act, together with their companion conspiracy allegations enumerated in the Twentieth Claim for Relief. All remaining claims for relief should be dismissed without prejudice, as they raise state law claims and no federal law claims will remain in the action upon dismissal of the above claims for relief.

Dated: January 10, 2008

Ned Hoffman