IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCEL INNOVATIONS, INC., et al., | No. C-03-3125 MMC |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO LODGE CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
| v. | |
| INDIVOS CORPORATION, et al., | |
| Defendants | |
| INDIVOS CORPORATION, et al., | |
| Counterclaimants/Counterdefendants, | |
| v. | |
| EXCEL INNOVATIONS, INC., et al., | |
| Counterdefendants/Counterclaimants / | |

On January 14, 2008, plaintiff electronically filed its motions for summary judgment and to dismiss, and exhibits thereto. Plaintiff has violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to

The Honorable Maxine M. Chesney ¶ 2.

Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's standing orders by immediately submitting a chambers copy of the above-referenced documents. Plaintiff is hereby advised that if it fails in the future to comply with the Court's order to provide chambers copies of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: January 25, 2008

_____
MAXINE M. CHESNEY
United States District Judge