IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCEL INNOVATIONS, INC., | No. C-03-3125 MMC |
| Plaintiff, | **ORDER STAYING DEFENDANTS' MOTION FOR SANCTIONS, PLAINTIFF'S MOTION FOR DE NOVO DETERMINATION, AND MOTION TO EXPAND THE RECORD** |
| v. | |
| INDIVOS CORPORATION, et al., | |
| Defendants | |
| INDIVOS CORPORATION, et al., | |
| Counterclaimants | |
| v. | |
| EXCEL INNOVATIONS, INC., et al., | |
| Counterdefendants | |

Before the Court is Magistrate Judge Joseph C. Spero's Report and Recommendation of November 21, 2006, in which said Magistrate Judge recommends granting defendants Indivos Corporation and Solidus Networks, Inc.'s (collectively, "defendants") motion for sanctions and dismissing plaintiff Excel Innovations, Inc.'s ("Excel") remaining claims as a sanction for discovery misconduct. Excel has filed objections to such recommendation, a motion for de novo determination, and a motion to expand the record. The matters have been fully briefed.

Although, as discussed in the Court's order re-opening the case, issued concurrently herewith, all of Excel's claims and counter-counterclaims have, as a practical matter, been resolved, defendants' initiation of bankruptcy proceedings in the United States Bankruptcy Court for the Central District of California on December 14, 2007 triggered an automatic stay of this action with respect to any claims brought against defendants and not heretofore dismissed. See Defs.' Notice of Commencement of Bankruptcy Case at 1:2-19; 11 U.S.C. § 362(a). Further, to the extent the Ninth Circuit recognizes a limited exception to such a stay, such exception is not applicable, as any ruling on the issue of sanctions would require the Court "to consider . . . issues presented by or related to the underlying case." See Dean v. Trans World Airlines, Inc., 72 F.3d 754, 756 (9th Cir. 1995) (observing, "thinking about the issues violates the stay").

Accordingly, further proceedings on Excel's claims and counterclaims against defendants, including defendants' motion for sanctions, are hereby STAYED pending the above-referenced bankruptcy proceeding.

The Clerk shall terminate Docket Nos. 323, 407, and 413 for statistical purposes only.

**IT IS SO ORDERED.**

Dated: January 31, 2008

MAXINE M. CHESNEY
United States District Judge