IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCEL INNOVATIONS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>INDIVOS CORPORATION, et al.,<br><br>    Defendants<br>_____<br>INDIVOS CORPORATION, et al.,<br><br>    Counterclaimants<br><br>  v.<br><br>EXCEL INNOVATIONS, INC., et al.,<br><br>    Counterdefendants<br>_____/ | No. C-03-3125 MMC<br><br>**ORDER DENYING DEFENDANTS'  ADMINISTRATIVE MOTION TO TAKE MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS OFF CALENDAR; CONTINUING HEARING** |

    Before the Court is defendants/counterclaimants Indivos Corporation and Solidus Networks, Inc. (collectively, "defendants") administrative motion filed January 25, 2008, to take plaintiff/counterdefendant Excel Innovations, Inc.'s ("Excel") motion for summary judgment and motion to dismiss off the Court's calendar and maintain the previously-entered stay of all claims. Excel has filed opposition, in which counterdefendant Ned Hoffman joined.

    Having read and considered the papers submitted by the parties, and in light of the

Court's order, filed concurrently herewith, re-opening the case, the Court finds defendants have failed to show good cause exists to stay the subject motions, and, accordingly, the administrative motion is hereby DENIED.

Defendants' request for an extension of time in order to obtain authorization from the Bankruptcy Court to retain counsel for this litigation and, thereafter, for counsel to respond to the subject motions, is GRANTED and, in light of such extension, the hearing on the matter is hereby CONTINUED to April 25, 2008.

**IT IS SO ORDERED.**

Dated: January 31, 2008

MAXINE M. CHESNEY
United States District Judge