**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCEL INNOVATIONS, INC., | No. C-03-3125 MMC |
| Plaintiff, | **ORDER GRANTING EXCEL'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS; VACATING HEARING** |
| v. | |
| INDIVOS CORPORATION, et al., | |
| Defendants | |
| INDIVOS CORPORATION, et al., | |
| Counterclaimants | |
| v. | |
| EXCEL INNOVATIONS, INC., et al., | |
| Counterdefendants | |

Before the Court is the "Motion for Summary Judgment and Motion to Dismiss," filed January 14, 2008 by plaintiff/counterdefendant Excel Innovations, Inc. ("Excel"), by which Excel seeks summary judgment on the 2nd through 16th, and on the 18th and 20th counterclaims asserted by defendants/counterclaimants Indivos Corporation and Solidus Networks, Inc. (collectively hereafter, "defendants"), and dismissal of the 17th and 19th

counterclaims asserted by defendants.[1] On January 15, 2008, counterdefendant Ned Hoffman joined in Excel's motion. On April 9, 2008, defendants filed a "Statement of Non-Opposition" to Excel's motion.

Accordingly, Excel's motion is hereby GRANTED as follows:

1. Excel shall have summary judgment entered in its favor on defendants' 2nd through 16th and defendants' 18th counterclaims, and on defendants' 20th counterclaim to the extent it alleges Excel engaged in a conspiracy to commit patent infringement and violate the Lanham Act.

2. Defendants' 17th and 19th counterclaims are hereby DISMISSED without prejudice to refiling in state court; defendants' 20th counterclaim is hereby DISMISSED without prejudice to such refiling, to the extent it alleges Excel engaged in a conspiracy to violate state law.[2]

**IT IS SO ORDERED.**

Dated: April 10, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] Defendants' 1st counterclaim was resolved by order dated May 27, 2004, and thus adjudication of the instant motion will result in final resolution of all counterclaims.

[2] The April 25, 2008 hearing on the matter is hereby VACATED.