IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCEL INNOVATIONS, INC., | No. C-03-3125 MMC |
| Plaintiff, | **ORDER DENYING DEFENDANTS' REQUEST FOR STATUS CONFERENCE** |
| v. | |
| INDIVOS CORPORATION, et al., | |
| Defendants | |
| INDIVOS CORPORATION, et al., | |
| Counterclaimants | |
| v. | |
| EXCEL INNOVATIONS, INC., et al., | |
| Counterdefendants | |

    The Court is in receipt of defendants/counterclaimants Indivos Corporation and Solidus Networks, Inc.'s (collectively, "defendants") Notice of Withdrawal of their motion to enlarge time to respond to plaintiff/counterdefendant Excel Innovations, Inc.'s ("Excel") motion for summary judgment and motion to dismiss.  By said filing, defendants also request the Court schedule a status conference to "discuss the orderly resolution of the remaining issues in this matter, including defendants' pending motion for terminating sanctions against Excel."  (See Notice at 1:18-20.)

All of the claims, counterclaims, and counter-counterclaims asserted in this action have been resolved either by partial summary adjudication, (see Order dated May 27, 2004 at 49:13-17), or by dismissal, (see Order dated October 16, 2006 at 1:7-20; Order dated April 10, 2008 at 2:3-10).

Although, by the instant request, defendants seek an opportunity to "discuss the orderly resolution of the remaining issues," the only remaining issue identified therein is defendants' motion for terminating sanctions.[1]  As the Court has previously found, (see Order Staying Defs.' Mot. for Sanctions, dated Jan. 31, 2008 at 2:1-14), the Court is precluded from considering such matter at this time, pursuant to the automatic stay with respect to any claims brought against defendants, which stay was triggered by defendants' initiation of bankruptcy proceedings in the United States Bankruptcy Court for the Central District of California on December 14, 2007.  See Defs.' Notice of Commencement of Bankruptcy Case at 1:2-19; 11 U.S.C. § 362(a).

Accordingly, defendants' request for a status conference is hereby DENIED.

**IT IS SO ORDERED.**

Dated: April 11, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] The Court notes that, because its previous rulings effectively foreclosed relief with respect to the majority of Excel's claims and counter-counterclaims against defendants, (see Order dated May 27, 2004 at 49:13-14), and Excel voluntarily dismissed the remainder of its claims and counter-counterclaims, (see Order dated October 16, 2006 at 1:7-20), defendants, by their motion for terminating sanctions, apparently seek to obtain an order of sanctions as an alternate ground for dismissal.

2