IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCEL INNOVATIONS, INC., | No. C-03-3125 MMC |
|     Plaintiff, | **ORDER DENYING EXCEL'S MOTION TO DISMISS; DENYING EXCEL'S MOTION TO STRIKE; VACATING HEARING** |
|   v. | |
| INDIVOS CORPORATION, et al., | |
|     Defendants | |
| INDIVOS CORPORATION, et al., | |
|     Counterclaimants | |
|   v. | |
| EXCEL INNOVATIONS, INC., et al., | |
|     Counterdefendants | |

    Before the Court is the motion filed April 10, 2008, by plaintiff/counterdefendant Excel Innovations, Inc. ("Excel"), by which Excel seeks to dismiss defendants/counterclaimants Indivos Corporation and Solidus Networks, Inc.'s (collectively hereafter, "defendants") first counterclaim, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, for lack of subject matter jurisdiction. Defendants have filed opposition,

//

//

to which Excel has replied.[1]

Having read and considered the papers filed in support of and in opposition to the motion, the Court finds the matter appropriate for resolution without oral argument, see Civil L.R. 7-1(b), hereby VACATES the May 16, 2008 hearing on the matter, and, for the reasons set forth by defendants, hereby DENIES Excel's motion to dismiss.

**IT IS SO ORDERED.**

Dated: May 14, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] Also before the Court is Excel's motion to strike defendants' opposition, on the ground said opposition was filed on behalf of YT Acquisition Corporation, an entity not a party to the instant action. The motion to strike is DENIED, for the reason that, contrary to Excel's assertion, said opposition was filed on behalf of defendants rather than YT Acquisition Corporation.

2